JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Doe 1, et al.,

               Plaintiffs,

          v.

U.S. Department of Homeland

Security, et al.,

               Defendants.

2:20-cv-09654-VAP-AGRx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   2/25/21

Virginia A. Phillips
United States District Judge